| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> Caption in Compliance with D.N.J. LBR 9004-1(b) <br> HELLRING LINDEMAN GOLDSTEIN <br> & SIEGAL LLP <br> Patricia A. Staiano, Esq. <br> Attorneys for Mediator <br> One Gateway Center <br> Newark, New Jersey 07102-5323 <br> 973.621.9020 <br> pstaiano@hlgslaw.com | |
| In Re: <br><br> IMMUNE PHARMACEUTICALS, INC., et al., [1] <br><br> Debtor. | Case No. 19-13273 (VFP) <br><br> Judge: Vincent F. Papalia <br><br> Chapter 11 |
| IMMUNE PHARMACEUTICALS, INC., IMMUNE PHARMACEUTICALS, LTD, CYTOVIA, INC., IMMUNE ONCOLOGY PHARMACEUTICALS, INC., MAXIM PHARMACEUTICALS, INC., IMMUNE PHARMACEUTICALS USA CORP, <br><br> Plaintiffs, <br><br> v. <br><br> Discover Growth Fund, LLC, <br><br> Defendants. | Adversary No. 19-02033-VFP |

**MEDIATION REPORT**

1. By order of this court dated February 27, 2020, referring this matter to the bankruptcy mediation program, a mediation conference(s):

    ☒  was held on [*list date(s) of conferences(s)*]:

    Phone conferences - 2/21/20     Phone conferences - 2/28/20

---

[1] The Debtors in these chapter 1l cases and the last four digits of each Debtor's taxpayer identification number are as follows: Immune Pharmaceuticals, Inc. (1431); Immune Pharmaceuticals, Ltd.; Cytovia, Inc. (7805); Immune Oncology Pharmaceuticals, Inc.; Maxim Pharmaceuticals, Inc. (9983); and Immune Pharmaceuticals USA Corp. (9630).

<u>Phone conferences - 3/4/20</u>     <u>Phone conferences - 3/11/20</u>

☐ was not held.

2. A settlement of this matter:

☐ was reached     ☒ was not reached

3. [*If a settlement was reached*:] The party designated to file the settlement documents(s) is, .

/s/ Patricia A. Staiano

March 16, 2020
Date                                    Mediator's Signature: PATRICIA A. STAIANO

`