UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
E-mail: dbarney@gibbonslaw.com
         dcrapo@gibbonslaw.com
*Counsel for Discover Growth Fund, LLC*

**Order Filed on April 20, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**In re:**

IMMUNE PHARMACEUTICALS, INC., *et al.*,[1]

**Debtors.**

IMMUNE PHARMACEUTICALS, INC.;
IMMUNE PHARMACEUTICALS, LTD.;
CYTOVIA, INC.; IMMUNE ONCOLOGY
PHARMACEUTICALS, INC.; MAXIM
PHARMACEUTICALS, INC.; IMMUNE
PHARMACEUTICALS USA CORP.; and
THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF IMMUNE
PHARMACEUTICALS, INC., et al.,
Plaintiffs,
vs.
DISCOVER GROWTH FUND, LLC,
Defendant.

Case No. :    19-13273
Adv. No.:     19-2033
Hearing Date: April 1, 2020
Judge:        Vincent F. Papalia

## ORDER DENYING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT DISCOVER GROWTH FUND, LLC

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: April 20, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Immune Pharmaceutical, Inc. (1431); Immune Pharmaceuticals, Ltd.; Cytovia, Inc. (7805); Immune Oncology Pharmaceuticals, Inc.; Maxim Pharmaceuticals, Inc. (9983); and Immune Pharmaceuticals USA Corp. (9630).

2787531.1 115785-100485

Debtor: Immune Pharmaceuticals Inc., *et al.*
Case No.: 19-13273 (VFP)
Caption of Order: Order Denying Plaintiffs' Motion for Partial Summary Judgment Against Defendant Discover Growth Fund, LLC

_____

This matter having been opened to the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court") by Norris McLaughlin, P.A., counsel for Immune Pharmaceuticals, Inc., et al. (the "Debtors"), debtors/debtors-in-possession in the above captioned chapter 11 cases, and Porzio, Bromberg & Newman, P.C., counsel for the Official Committee of Unsecured Creditors of the Debtors, (the "Committee" and together with the Debtors, the "Plaintiffs"), upon the Plaintiffs' Second Motion for Partial Summary Judgment Against Defendant Discover Growth Fund, LLC [Doc 13](the "Motion"); and good and sufficient notice of the Motion having been provided; and a hearing having been conducted on the Motion on April 1, 2020 (the "Hearing"); and the Court having considered the moving papers, the opposition thereto, and the arguments of counsel; and the Court having determined that good cause exists for the entry of this Order; and for the reasons set forth on the record at the Hearing;

IT IS ORDERED as follows:

1. The Motion is DENIED.

2. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

2787531.1 115785-100485