UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**RABINOWITZ, LUBETKIN & TULLY, LLC**
293 Eisenhower Parkway, Suite 100
Livingston, New Jersey NJ 07039
(973) 597-9100
Jonathan I. Rabinowitz
John J. Harmon
*Counsel for Jeffrey A. Lester, Chapter 7 Trustee*



Order Filed on June 25, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>IMMUNE PHARMACEUTICALS, INC., et al.,<br><br>                Debtors. | Case No. 19-13273 (VFP)<br><br>Chapter 7<br>(Jointly Administered<br><br>Hon. Vincent F. Papalia |
| IMMUNE PHARMACEUTICALS, INC.; IMMUNE PHARMACEUTICALS, LTD.; CYTOVIA, INC.; IMMUNE ONCOLOGY PHARMACEUTICALS, INC.; MAXIM PHARMACEUTICALS, INC.; IMMUNE PHARMACEUTICALS USA CORP.; and THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF IMMUNE PHARMACEUTICALS, INC., et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>DISCOVER GROWTH FUND, LLC,<br><br>                Defendant. | Adv. Proc. No.: 19-02033<br><br>Hearing Date and Time:<br>June 1, 2020 at 10:00 a.m. |

**ORDER SUBSTITUTING TRUSTEE FOR DEBTORS AND COMMITTEE AS PLAINTIFF PURSUANT TO F.R.B.P. 7025**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED JULY 25, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**THIS MATTER** having been opened to the Court by Jeffrey A. Lester, Chapter 7 Trustee (the "Trustee") for Immune Pharmaceuticals, Inc., *et al.* (the "Debtors"), by and through the Trustee's duly retained counsel, Rabinowitz, Lubetkin & Tully, LLC, upon the filing of a motion for an Order substituting the Trustee for the Debtors and the Official Committee of Unsecured Creditors of Immune Pharmaceuticals, Inc., et al. (the "Committee") as the Plaintiff in the above-captioned Adversary Proceeding (the "Adversary Proceeding"), pursuant to F.R.B.P. 7025; and good and sufficient notice of the Motion having been provided; and the Court having considered the Motion and any opposition thereto; and the Court having found good and sufficient cause exists for the making and entry of the within Order;

It is **ORDERED** that:

1. The Trustee's Motion be and hereby is granted.

2. The Trustee is hereby substituted for the Debtors and the Committee as the Plaintiff in the Adversary Proceeding.

3. The caption of the Adversary Proceeding is hereby modified to reflect the substitution as set forth hereinafter:

| In re: <br><br> IMMUNE PHARMACEUTICALS, INC., et al., <br><br> Debtors. | Case No. 19-13273 (VFP) <br><br> Chapter 7 <br> (Jointly Administered) |
|---|---|
| JEFFREY A. LESTER, CHAPTER 7 TRUSTEE FOR IMMUNE PHARMACEUTICALS, INC., et al., <br><br> Plaintiff, <br><br> v. <br><br> DISCOVER GROWTH FUND, LLC, <br><br> Defendant. | Adv. Proc. No.: 19-02033 |