Form tsntc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re:  Immune Pharmaceuticals Inc.
Debtor

        Case No.: 19−13273−VFP
        Chapter 7

Jeffrey A Lester
Plaintiff

v.

Discover Growth Fund, LLC
Defendant

Adv. Proc. No. 19−02033−VFP        Judge: Vincent F. Papalia

## Notice That a Transcript Has Been Filed

     You are Noticed that a Transcript has been filed on 8/26/20. Pursuant to the Judicial Conference Policy on Privacy, access to this transcript is restricted for a period of ninety days from the date of filing. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, please call the Clerk's Office] All parties have seven business days to file a Request for Redaction of any social security numbers, financial account data, names of minor−age children, dates of birth, and home addresses. If redaction is requested, the filing party has twenty−one calendar days from the date the transcript was filed to file a list of items to be redacted indicating the location of the identifiers within the transcript with the court and to provide the list to the transcriber. The transcriber has thirty−one days from the date the list of items to be redacted was filed to file the redacted version of the transcript with the court . If no request is filed, the transcript will be made electronically available to the general public after the ninety days.

Dated: August 26, 2020
JAN:

        Jeanne Naughton
        Clerk