**RABINOWITZ, LUBETKIN & TULLY, LLC**
293 Eisenhower Parkway, Suite 100
Livingston, N.J. 07039
(973) 597-9100
Jonathan I. Rabinowitz
Henry M. Karwowski
jrabinowitz@rltlawfirm.com
Attorneys for Plaintiff, Jeffrey A. Lester,
 Chapter 7 Trustee

Order Filed on September 4, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>IMMUNE PHARMACEUTICALS INC., *et al.*,<br><br>                Debtors. | Case No. 19-13273 (VFP)<br><br>Chapter 7<br><br>Jointly Administered |
| JEFFREY A. LESTER, CHAPTER 7 TRUSTEE FOR IMMUNE PHARMACEUTICALS, INC., *et al.*,<br><br>                Plaintiff-Appellant,<br><br>v.<br><br>DISCOVER GROWTH FUND, LLC,<br><br>                Defendant-Appellee. | Adv. Pro. No. 19-02033 (VFP)<br><br>Oral Argument Requested<br><br>Hearing Date: August 18, 2020<br>               at 10:00 AM |

**ORDER DENYING MOTION OF JEFFREY A. LESTER, CHAPTER 7 TRUSTEE, FOR CERTIFICATION OF DIRECT APPEAL TO THIRD CIRCUIT COURT OF APPEALS PURSUANT TO 28 U.S.C. § 158(d)(2) AND BANKRUPTCY RULE 8006**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 4, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

| | |
|---|---|
| Page (2) | |
| Debtor: | Immune Pharmaceuticals Inc., *et al.* |
| Case No.: | 19-13273 (VFP) |
| Adv. Pro.: | Lester, Chapter 7 Trustee v. Discover Growth Fund, LLC |
| Adv Pro No.: | 19-02033 (VFP) |
| Caption: | Order Denying Motion of Jeffrey A. Lester, Chapter 7 Trustee, for Certification of Direct Appeal to Third Circuit Court of Appeals Pursuant to 28 U.S.C. § 158(d)(2) and Bankruptcy Rule 8006 |

This Court having considered the motion (the "Motion") of Jeffrey A. Lester, Chapter 7 Trustee (the "Trustee") for the bankruptcy estates of Immune Pharmaceuticals Inc. and related debtors, and Appellant and Plaintiff in this adversary proceeding, for entry of an order granting certification of the direct appeal of this Court's "Order Denying Trustee's Motion Pursuant to F.R.B.P. 9023 for Reconsideration of Order Denying Partial Summary Judgment Under 11 U.S.C. § 510(b)," entered on July 10, 2020 (the "Order"), to the United States Court of Appeals for the Third Circuit; and a hearing having been held on August 18, 2020 (the "Hearing"); appearances thereat having been made by (i) the Trustee by his counsel Rabinowitz, Lubetkin & Tully, LLC, Jonathan I. Rabinowitz, Esq. of counsel and (ii) Discover Growth Fund, LLC by its counsel Gibbons, PC, Dale E. Barney, Esq. of counsel; and this Court having considered any papers filed in opposition; and this Court having found that due and proper notice of the Motion was provided; and this Court having held and heard arguments at the Hearing; and this Court having found good cause for the relief set forth herein; it is hereby

**ORDERED** that, for the reasons set forth on the record at the Hearing, the Trustee's Motion is hereby denied.