Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

In Re:  Immune Pharmaceuticals Inc.
Debtor

                                                                 Case No.: 19–13273–VFP
                                                                  Chapter 7

Jeffrey A Lester
Plaintiff

v.

Discover Growth Fund, LLC
Defendant

Adv. Proc. No. 19–02033–VFP                                         Judge: Vincent F. Papalia

---

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

      Please be advised that on September 4, 2020, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 68 – 60
Order Denying Motion of Jeffrey A. Lester, Chapter 7 Trustee, for Certification of Direct Appeal to Third Circuit Court of Appeals Pursuant to 28 U.S.C. § 158(d)(2) and Bankruptcy Rule 8006. (Related Doc # 60). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/4/2020. (jf)

      Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 4, 2020
JAN: jf

                                                                                                  Jeanne Naughton
                                                                                                  Clerk

United States Bankruptcy Court
District of New Jersey

Lester,
    Plaintiff

Discover Growth Fund, LLC,
    Defendant

Adv. Proc. No. 19-02033-VFP

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Sep 04, 2020
Form ID: orderntc    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2020.
dft        +Discover Growth Fund, LLC,    5330 Yacht Haven Grande,   Suite 206,   St Thomas,   00802,
             VIRGIN ISLANDS 00802-5028
pla        +Jeffrey A Lester,    Braverman and Lester,    374 Main Street,    Hackensack, NJ 07601-5897
md         +Patricia Staiano,    Hellring Lindeman Goldstein & Siegal LLP,    One Gateway Center,
             Newark, NJ 07102-5310

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2020                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2020 at the address(es) listed below:
    Barry J. Roy    on behalf of Plaintiff Jeffrey A Lester broy@rltlawfirm.com
    Dale E. Barney    on behalf of Defendant    Discover Growth Fund, LLC dbarney@gibbonslaw.com
    Jonathan I. Rabinowitz    on behalf of Plaintiff Jeffrey A Lester jrabinowitz@rltlawfirm.com,
     jcoleman@rltlawfirm.com
    Patricia A. Staiano    on behalf of Mediator Patricia  Staiano pstaiano@hlgslaw.com,
     pstaiano@hlgslaw.com
                                                                                                                                                                 TOTAL: 4