UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1

Dale E. Barney, Esq.
David N. Crapo, Esq.
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
E-mail: dbarney@gibbonslaw.com
    dcrapo@gibbonslaw.com
Counsel for Discover Growth Fund, LLC

In re:

IMMUNE PHARMACEUTICALS, INC., *et al.*,[1]

Debtors.

IMMUNE PHARMACEUTICALS, INC.; IMMUNE PHARMACEUTICALS, LTD.; CYTOVIA, INC.; IMMUNE ONCOLOGY PHARMACEUTICALS, INC.; MAXIM PHARMACEUTICALS, INC.; IMMUNE PHARMACEUTICALS USA CORP.; and THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF IMMUNE PHARMACEUTICALS, INC., *et al.*,

    Plaintiffs,

vs.

DISCOVER GROWTH FUND, LLC,

    Defendant.

Chapter 11

Case No. 19-13273 (VFP)

(Jointly Administered)

Adv. Proc. No. 19-02033

---

[1] The Debtors in these chapter 11 cases and the last four digits their of each Debtor's taxpayer identification number are as follows: Immune Pharmaceutical, Inc. (1431); Immune Pharmaceuticals, Ltd.; Cytovia, Inc. (7805); Immune Oncology Pharmaceuticals, Inc.; Maxim Pharmaceuticals, Inc. (9983); and Immune Pharmaceuticals USA Corp. (9630).

## CERTIFICATION OF SERVICE

I, Fritz Sammy:

☐ represent Discover Growth Fund, LLC in this matter.

☒ am the secretary/paralegal for Dale E. Barney, Esq., who represents Discover Growth Fund LLC in this matter.

☐ am the _____ in this case and am representing myself.

On November 16, 2020, I caused a copy of the following pleading and/or documents to be sent to the parties listed in the chart below.

*Answer and Affirmative Defenses to Amended Adversary Complaint*

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   November 17, 2020

_____
Fritz Sammy
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jonathan I. Rabinowitz<br>Rabinowitz, Lubetkin & Tully, LLC<br>293 Eisenhower Parkway<br>Suite 100<br>Livingston, New Jersey 07039 | Chapter 7 Trustee | ☐ Hand-delivered<br><br>☒ Electronic mail<br><br>☐ Certified mail/RR<br><br>☒ Other via ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |