**RABINOWITZ, LUBETKIN & TULLY, LLC**
293 Eisenhower Parkway, Suite 100
Livingston, N.J. 07039
(973) 597-9100
Jonathan I. Rabinowitz
Barry J. Roy
jrabinowitz@rltlawfirm.com
Attorneys for Jeffrey A. Lester,
 Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>IMMUNE PHARMACEUTICALS INC., *et al.*,<br><br>Debtors. | Case No. 19-13273 (VFP)<br><br>Chapter 7<br><br>Jointly Administered |
| JEFFREY A. LESTER, CHAPTER 7 TRUSTEE FOR IMMUNE PHARMACEUTICALS, INC., *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>DISCOVER GROWTH FUND, LLC,<br><br>Defendant. | Adv. Pro. No. 19-02033 (VFP)<br><br>Oral Argument Requested<br><br>Hearing Date: June 15, 2021<br>             at 10:00 A.M. |

**NOTICE OF MOTION OF JEFFREY A. LESTER, CHAPTER 7**
**TRUSTEE, FOR EXTENSION OF DISCOVERY DEADLINES**

**PLEASE TAKE NOTICE** that Jeffrey A. Lester, Chapter 7 Trustee (the "Trustee") for

the bankruptcy estates of Immune Pharmaceuticals Inc. and related debtors, and Plaintiff in the

above-captioned adversary proceeding, shall move before this Court on June 15, 2021 at 10:00

A.M. or as soon thereafter as counsel may be heard for entry of an order extending the current discovery deadlines in the within adversary proceeding for sixty (60) days.

**PLEASE TAKE FURTHER NOTICE** that the Trustee relies upon the Motion and Certification filed herewith and submits that a formal Brief is not necessary because the governing law is not complex.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-2(a), any opposition to the Motion must be filed and served within 7 days of the hearing date.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-3(d), the Motion will be decided on the papers unless opposition is filed.

| | |
|---|---|
| Dated: May 24, 2021<br>Livingston, New Jersey | **RABINOWITZ, LUBETKIN & TULLY, LLC**<br>Attorneys for Jeffrey A. Lester, Chapter 7 Trustee |

By:  /s/ Barry J. Roy  
BARRY J. ROY