Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re:  Immune Pharmaceuticals Inc.
Debtor

                                                                Case No.: 19−13273−VFP
                                                                Chapter 7

Jeffrey A Lester
Plaintiff

v.

Discover Growth Fund, LLC
Defendant

Adv. Proc. No. 19−02033−VFP                              Judge: Vincent F. Papalia

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

      Please be advised that on June 17, 2021, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 87 − 83
Order Granting Motion to Extend deadline for fact discovery to August 2, 2021; and the expert discovery deadline is extended to September 30, 2021. (Related Doc # 83). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 6/17/2021. (jf)

      Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: June 17, 2021
JAN: jf

                                                                                     Jeanne Naughton
                                                                                     Clerk

United States Bankruptcy Court

District of New Jersey

Lester,
    Plaintiff

Discover Growth Fund, LLC,
    Defendant

Adv. Proc. No. 19-02033-VFP

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jun 17, 2021 | Form ID: orderntc | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | + Discover Growth Fund, LLC, 5330 Yacht Haven Grande, Suite 206, St Thomas, 00802, VIRGIN ISLANDS 00802-5028 |
| pla | + Jeffrey A Lester, Braverman and Lester, 374 Main Street, Hackensack, NJ 07601-5897 |
| md | + Patricia Staiano, Hellring Lindeman Goldstein & Siegal LLP, One Gateway Center, Newark, NJ 07102-5310 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 19, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Barry J. Roy | on behalf of Plaintiff Jeffrey A Lester broy@rltlawfirm.com |
| Dale E. Barney | on behalf of Defendant Discover Growth Fund LLC dbarney@gibbonslaw.com |
| Jonathan I. Rabinowitz | on behalf of Plaintiff Jeffrey A Lester jrabinowitz@rltlawfirm.com  jcoleman@rltlawfirm.com |
| Patricia A. Staiano | on behalf of Mediator Patricia Staiano pstaiano@hlgslaw.com  pstaiano@hlgslaw.com |

TOTAL: 4