| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**RABINOWITZ, LUBETKIN & TULLY, LLC**<br>293 Eisenhower Parkway, Suite 100<br>Livingston, N.J. 07039<br>(973) 597-9100<br>Jonathan I. Rabinowitz<br>Henry M. Karwowski<br>jrabinowitz@rltlawfirm.com<br>Attorneys for Jeffrey A. Lester,<br> Chapter 7 Trustee | Order Filed on August 6, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>IMMUNE PHARMACEUTICALS INC., *et al.*,<br><br>Debtors. | Case No. 19-13273 (VFP)<br><br>Jointly Administered<br><br>Chapter 7 |
| JEFFREY A. LESTER, CHAPTER 7 TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>DISCOVER GROWTH FUND, LLC,<br><br>Defendant. | Adv. Pro. No. 19-02033 (VFP) |

**CONSENT ORDER EXTENDING DISCOVERY DEADLINE**

**DATED: August 6, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**THIS MATTER** having been opened to this Court by Immune Pharmaceuticals, Inc. and related debtors (collectively, the "Debtors") and the Official Committee of Unsecured Creditors (the "Committee"), upon the commencement on July 1, 2019 of the above-captioned adversary proceeding against Defendant Discover Growth Fund, LLC ("Discover"); this Court having entered on April 2, 2020 an Order converting the Debtors' bankruptcy cases to cases under chapter 7; the United States Trustee having appointed on April 3, 2020 Jeffrey A. Lester, Esq. as Chapter 7 Trustee (the "Trustee") for the Debtors' bankruptcy cases; this Court having entered on June 29, 2020 an Order substituting the Trustee as Plaintiff in this proceeding; this Court having entered on June 17, 2021 an Order Extending Discovery Deadlines (ECF 87), which extended, among other deadlines, the fact discovery deadline to August 2, 2021; and the parties having conferred and agreed to extend the fact discovery deadline for a period of 30 days;

It is hereby **ORDERED** that:

1. The fact discovery deadline in this proceeding is hereby extended to September 1, 2021.

2. This Consent Order is without prejudice to all rights and remedies of the parties, including the Trustee's right to seek a further extension of time, which rights and remedies are expressly preserved.

AGREED AND CONSENTED TO THIS 29th DAY OF JULY 2021:

**RABINOWITZ, LUBETKIN & TULLY, L.L.C.**
Counsel for Jeffrey A. Lester, Chapter 7 Trustee

BY:     ./s/ Jonathan I. Rabinowitz_____
    JONATHAN I. RABINOWITZ, Esq.

Dated: July 29, 2021

**GIBBONS P.C.**
Counsel for Discovery Growth Fund, LLC

By:     /s/ Dale E. Barney_____
    DALE E. BARNEY, Esq.

Dated: July 29, 2021